STATE EX REL. GUSTAVE E. QUADE v. E. A. WALSH.[1]

March 17, 1933.

No. 29,319.

A brief was filed on behalf of appellant (respondent below) by *Henry N. Benson,* former Attorney General, and *Chester S. Wilson,* former Assistant Attorney General.

Upon hearing of the case there was an appearance and argument on behalf of appellant by *Harry H. Peterson,* Attorney General, and *William S. Ervin,* Assistant Attorney General.

*McCoy & Hansen,* for respondent (relator below).

PER CURIAM.

Mandamus against the adjutant general to compel the allowance of relator's claim for relief under the Spanish war veterans relief act, L. 1931, p. 552, c. 405. From the judgment of the district court ordering respondent to approve relator's claim for relief, respondent appealed.

The point made by the attorney general, that mandamus is not the proper remedy and that certiorari should have been resorted to, need not be considered. On the merits the case is the same in all respects as State ex rel. Hansen v. Walsh, 188 Minn. 412, 247 N. W. 523. For the reasons therein stated, the judgment appealed from is reversed.

So ordered.

[1]Reported in 247 N. W. 526.